BRUCE C. FUNK (SBN 122340)
Law Office of Bruce C. Funk
46 West Santa Clara Street
San Jose, California 95113
Telephone: (408) 280-6488
Facsimile: (408) 286-3139
Email: bcfunkesq@aol.com

Attorney for Defendant
JORGE LUIS CORIA-SANCHEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>   vs.<br><br>JORGE LUIS CORIA-SANCHEZ,<br><br>   Defendant. | CASE NUMBER: CR-12-00613-DLJ<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING HEARING |

The Defendant, Jorge Luis Coria-Sanchez, represented by Bruce Funk, and the Government, represented by Philip Guentert, Assistant United States Attorney, hereby stipulate and request to continue the January 9, 2014 sentencing hearing to February 27, 2014. In order to ensure a complete and full Presentence Investigation Report, time is needed for the Defendant to be interviewed by the Probation Department and additional documents need to be obtained from Mexico. In order to adequately represent the Defendant and timely file a Sentencing Memorandum, this continuance is requested.

//
//
//
//
//

1  The parties respectfully request that the January 9, 2014 sentencing hearing be continued to
2  February 27, 2014.  On that date, the parties expect both sides will be ready for sentencing.
3  **IT IS SO STIPULATED**.

5  Dated: December 17, 2013                                              /s/
                                                                  BRUCE C. FUNK
6                                                                 Attorney for Jorge Luis Coria-Sanchez

8  Dated: December 17, 2013                                              /s/
                                                                  PHILIP GUENTERT
9                                                                 Assistant United States Attorney

## ORDER

Based upon the stipulation, representation of counsel, and for good cause shown, the January 9, 2014 sentencing hearing is continued to February 27, 2014 at 10:00 a.m.

Dated: ~~December~~ , 2013
                                                                  D. LOWELL JENSEN
                                                                  United States District Judge

**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING HEARING
CASE NUMBER CR-12-00613-DLJ**

2